```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                      SOUTHERN DIVISION at PIKEVILLE
```

LISA ANNE THACKER,                )
                                  )
    Plaintiff,                    )
                                  )
                                  )         Civil Case No.
v.                                )         16-cv-00114-JMH
                                  )
NANCY A. BERRYHILL, ACTING        )
COMMISSIONER OF SOCIAL            )
SECURITY,[1]                      )         **JUDGMENT**
                                  )
    Defendant.                    )

                              \*\*\*

    In accordance with the Memorandum Opinion and Order of even date and entered contemporaneously herewith, **IT IS HEREBY ORDERED**:

    (1) Judgment is entered in favor of Nancy A. Berryhil, Acting Commissioner of Social Security;

    (2) That any pending motions or requests for relief shall be and the same hereby are **DENIED AS MOOT**;

    (3) That all scheduled proceedings or deadlines shall be and the same hereby are **CONTINUED GENERALLY**;

    (4) That this action shall be and the same hereby is **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET** and

    (5) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

---

[1] The caption of this matter is amended to reflect that Nancy A. Berryhill became the Acting Commissioner of Social Security on January 23, 2017, replacing Carolyn W. Colvin in that role.

This the 16th day of February, 2017.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

2